UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BERNARD PRIEVER, Individually and on Behalf of all Others Similarly Situated,<br><br>                       Plaintiff,<br><br>v.<br><br>AMERICAN REALTY CAPITAL PROPERTIES, INC., LISA P. MCALISTER, and BRIAN S. BLOCK,<br><br>                       Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#<br>DATE FILED: 11/20/14<br><br>Civil Action No.: 1:14-cv-08668-ER |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, on October 30, 2014, Plaintiff Bernard Priever ("Plaintiff") filed a putative class-action complaint asserting claims pursuant to 15 U.S.C. §§ 78j(b) & 78t(a) of the Securities Exchange Act of 1934 ("Complaint"); and

WHEREAS, the claims asserted in the Complaint in this action are governed by the Private Securities Litigation Reform Act (the "PSLRA"), 15 U.S.C. § 78u-4, which provides a procedure for the appointment of lead plaintiff(s) and lead counsel to represent the putative class by the Court; and

WHEREAS, counsel for the parties believe that an answer or motion responding to the Complaint would be premature prior to the entry of an Order by the Court pursuant to the PSLRA appointing one or more lead plaintiffs and lead counsel.

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for Defendant American Realty Capital Properties, Inc., ("ARCP") as follows:

    1.    No Defendant shall be required to answer or otherwise respond to, and each hereby is expressly relieved from answering or otherwise responding to the Complaint.

    2.    Upon the entry of an Order appointing lead plaintiff(s) and lead counsel in the above-captioned action (or a consolidated action encompassing the above-captioned action) pursuant to the PSLRA, the lead plaintiff(s) shall have leave to file an amended complaint.

    3.    Upon filing of the amended complaint, the parties shall confer regarding a briefing schedule and page limits for any anticipated motion to dismiss, and will promptly submit a joint proposal or competing proposals for the Court's consideration.

    4.    There have been no requests for an extension of time previously made in this matter.

**[Signature page follows]**

Stipulated and agreed to by:

DATED:   New York, New York
         November 19, 2014

**WOLF POPPER LLP**

By: *[signature] Robert C. Finkel / Jes*
Robert C. Finkel
Fei-Lu Qian
845 Third Ave
New York, New York 10022
Telephone: 212-759-4600
Fax: 212-486-2093

*Attorneys for Plaintiff Priever*

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: *[signature] Scott A. Edelman / Jes*
Scott A. Edelman
George S. Canellos
Antonia M. Apps
Jed M. Schwartz
1 Chase Manhattan Plaza
New York, New York 10005
Telephone: 212-530-5000
Fax: 212-530-5219

*Attorneys for Defendant American Realty Capital Properties, Inc.*

SO ORDERED

DATED:   New York, New York
         November 20, 2014

*[signature]*
EDGARDO RAMOS
U. S. D. J.